**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-164 |
| Plaintiff, | ) | |
| - vs - | ) | **O R D E R** |
| Michael White | ) | |
| Defendant. | ) | |

On July 27, 2006, the above-named defendant filed a Motion for Continuance, setting forth various reasons under Title 18 U.S.C. §3161 for enabling the Court to consider such a continuance.

Defendant has stated, with the government's concurrence, that both defense counsel and the Assistant United States Attorney have been engaged in a trial together in U.S. v. Dwayne Nabors (1:05cr537) from July 10, 2006 to July 26, 2006. Further, Defendant has been unable to ascertain Defendant's criminal history because of lack of information from Illinois. Finally, a proffer by Defendant is scheduled for August 1, 2006, which may reasonably lead to a plea agreement.

The Court finds that a short continuance for trial until 09/12/2006 at 9:00 a.m. is warranted under Title 18 U.S.C. §3161 (B) (8) (A), because of the above cited reasons. The Court has ordered the Probation Department to calculate within two weeks, Defendant's Criminal History, enabling Defendant to make an intelligent choice whether to proceed to trial.

Therefore, the Court finds that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

S/Christopher A. Boyko

_____

August 1, 2006

HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE