UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CV164-001 |
| Plaintiff(s), | ) ) ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | |
| MICHAEL WHITE, | ) ) | ORDER |
| Defendant(s). | ) ) | |

Defendant, Michael White, filed an "Emergency Motion for Interruption of Sentence," for an order interrupting the sentence of defendant for a period of 4 days beginning September 4, 2007 and ending at 11:00 a.m. on September 8, 2007," (ECF Doc. No. 42).

Defendant states his father, Plezola White, is dying of cancer and kidney failure, is expected to live only three more days, and is a patient in the intensive care unit of Christ Hospital, Oak Lawn, Illinois. The defendant requests authorization to attend the funeral and participate in making funeral arrangements.

This Court sentenced the defendant on 12/15/06 to a term of 78 months followed by 5 years supervised release upon defendant's plea of guilty to 21 U.S.C § 841(a)(1)(A) and (b)(1)(A), Possession With Intent to Distribute Cocaine Base. He currently is a prisoner at FCI Oxford, WI.

Peggy Steinmetz, Outcome Specialist Nurse with Christ Hospital, Oak Lawn Illinois, (708) 684-5924, has confirmed with this Court today that the defendant's father is currently on life support, yet, a decision by the family to terminate life support has not been reached.

The Court grants Defendant's emergency motion.

Therefore, it is **ORDERED** that the Defendant, Michael White, Prisoner No. 18747-424, is **RELEASED** from custody at FCI, Oxford, WI, beginning at **12:00 p.m.** today, **THURSDAY, SEPTEMBER 6, 2007** until **MONDAY, SEPTEMBER 10, 2007** at **12:00 p.m.** The defendant shall be released and is granted this time to spend with his family to participate with funeral arrangements and possibly, attend his father's funeral.

Defendant is granted four days leave from service of sentence. This leave, in turn, will be added to the end of Defendant's sentence.

The Court orders, as further conditions of release, that the Defendant:

- Shall reside with his fiancee, Alesha Van, at 384 Cornell, Apartment 2A, Calumet City, Illinois, 60409 at all times and can be reached at (708) 933-0513; cell phone (708) 359-8137.
- Shall immediately notify Lori Bonsky at FCI, Oxford, WI, of any change in circumstance or contact information while he is on leave.
- Shall be tested for drug and/or alcohol usage by the Officers at FCI Oxford, WI, upon re-entrance to the institution. Any positive findings for drug/alcohol usage shall be reported to this Court.

The Court **ORDERS** that should Defendant Michael White fail to return to FCI Oxford, WI, on the above date and time for service of sentence, Lisa Bonsky, Case Manager, FCI, Oxford, WI, will immediately notify this Court and the United States

Marshal Service (USMS). The USMS shall immediately apprehend the Defendant.

IT IS SO ORDERED.

*Christopher A. Boyko*
Christopher A. Boyko
United States District Court Judge

DATE: September 6, 2007