%LAO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Northern    District of Ohio

| United States of America |  |
|---|---|
| V. |  |
| Michael White | Case No; 1:06CR164 |
|  | USM No; 18747-424 |
| Date of Previous Judgment: December 15, 2006 | FPD NDO |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
  ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____78____ months is reduced to ___63___

**1. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: 27 | Amended Offense Level: 25 | | |
| Criminal History Category: II | Criminal History Category: II | | |
| Previous Guideline Range: 78 to 97 months | Amended Guideline Range: 63 to 78 months | | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range,
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 12/15/06 shall remain in effect.

IT IS SO ORDERED.

Order Date: 4/3/08

Christopher a Boyko
Judge's signature

Effective Date: 4/3/08
(if different from order date)

CHRISTOPHER A. BOYKO JUDGE
Printed name and title

FILED

APR 03 2008


CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND